# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1050**             **September Term, 2023**

EPA-89FR16202

**Filed On: April 22, 2024** [2050751]

Commonwealth of Kentucky, et al.,

    Petitioners

    v.

Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 24-1051, 24-1052, 24-1073, 24-1091

# O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 24-1091 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | May 22, 2024 |
| Statement of Issues to be Raised | May 22, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
        Erica M. Thorner
        Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form